IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 07-362 |
| | ) | |
| PERRY LOWE, III | ) | |
|   a/k/a Larry Smith | ) | |

**<u>ORDER OF COURT</u>**

AND NOW, to-wit, this 3rd day of April 2012, upon consideration of the United States Motion for Extension of Time to File Response to Pretrial Motions, it is hereby ordered that said motion is GRANTED, and the prosecution may file an omnibus response to the pending pretrial motions on or before April 16, 2012; IT IS FURTHER ORDERED that the extension of time caused by this order be deemed excludable delay under the Speedy Trial Act (18 U.S.C. § 3161 *et seq.*). Specifically, the Court finds that the ends of justice served by granting an extension outweigh the best interest of the public and the defendant to a speedy trial because, for the reasons stated in the motion of the United States, the failure to grant such an extension would deny counsel for the United States sufficient time to draft a helpful response (18 U.S.C. § 3161(h)(7)).

*[signature]*
_____
Chief United States District Judge

cc: Counsel of Record